AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES

v.

CARLOS VARGAS

APPEARANCE

CASE NUMBER: 1-06-M125A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CARLOS VARGAS

I certify that I am admitted to practice in this court.

11/6/06
*Date*

Robert B. Mann
*Signature*

Robert B. MANN 0153
*Print Name* *Bar Number*

610 TURKS HD. PL.
*Address*

PROV RI 02903
*City* *State* *Zip Code*

351-5770 521-4305
*Phone Number* *Fax Number*

m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.