AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
CARLOS VARGAS

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1-06-M125A

I, CARLOS VARGAS, charged in a ☑ complaint ☐ petition pending in this District with being an alien illegally or unlawfully in The UNITED STATES and possessing in or affecting commerce, a fire arm in violation of Title 18, U.S.C., 922(g)(5),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

Carlos Vargas
*Defendant*

11-6-05
*Date*

Robert B. Mann
*Counsel for Defendant*